U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 27 2017

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLEVELAND WINSTON KILGORE, JR. B.O.P. # 09441-007 | : | DOCKET NO. 16-cv-1324 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| USA ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

IT IS ORDERED that the Petition for Writ of *Habeas Corpus* be and hereby is DENIED, and that the above captioned matter be and hereby is DISMISSED WITH PREJUDICE. Given that this filing constitutes an abuse of writ, the petitioner is hereby placed on notice that sanctions, including monetary penalties and restrictions on the ability to file future lawsuits without leave of court, will be imposed if he files another § 2241 petition in this court challenging his conviction on grounds identical to or substantially similar to those already raised in this court and other federal courts.

THUS DONE AND SIGNED in Alexandria, Louisiana this 27th day of June, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE